IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN -5 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:21cv5 TSK-MJA |
| DELL DINGLE, | Violation: 18 U.S.C. § 111(a)(1) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Assault of a Correctional Officer Involving Physical Contact)

On or about May 13, 2019, in Preston County, in the Northern District of West Virginia, the defendant, **DELL DINGLE**, an inmate in the custody of the Bureau of Prisons at Federal Correctional Institution Hazelton, intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, namely, C.B., a federal correctional officer employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so, made physical contact with C.B., in violation of Title 18, United States Code, Section 111(a)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney